OPINION — AG — ** HONORARY DEGREES — CITIZENS OF OKLAHOMA — COLLEGES ** QUESTION: IS THERE ANY LAW WHICH WOULD PROHIBIT THE BOARD OF REGENTS OF AGRICULTURE AND MECHANICAL COLLEGES FROM CONFERRING IN THE NAME OF SAID COLLEGE, "HONORARY DEGREES" ON "WORTHY CITIZENS" ? — NEGATIVE (HONOR, DEGREE, CERTIFICATION, UNIVERSITY, COURSES) CITE: ARTICLE XIIIA, 70 O.S. 1323 [70-1323], 70 O.S. 1921 [70-1921], OPINION NO. DECEMBER 12, 1941 — OLIVER, 70 O.S. 1325 [70-1325] (FRED HANSEN) ** SEE: OPINION NO. 88-006 (1988) **